7-13-15                                                      83,307-01

# IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

DISTRICT CLERK OFFICE
P.O. BOX 12308, CAPITOL STATION
Austin, Texas 78711

MOTION DENIED
DATE: 7-20-15
BY: P.C

RE: WR-83-307-01
    BRAULIO JOSE ADORNO
              V.
    STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 17 2015
Abel Acosta, Clerk

DEAR DISTRICT CLERK,

ENCLOSED PLEASE FIND MY MOTION
FOR EXTENSION OF TIME

PLEASE FILE SAID DOCUMENT AND
NOTIFY THE COURT.

SINCERLY
Braulio Jose Adorno
BRAULIO JOSE ADORNO
TDCJ No. 1378697
COFFIELD UINT
2661 FM 2054
TENNESSEE COLONY, TX
75884

In The court of Criminal Appeals
of Texas
Austin, Texas          83,307-01

Braulio Jose Adorno

    V.                                No. WR-83,307-01

State Of Texas


        Motion For Extension of Time
    Now comes Braulio Jose Adorno TDCJ No. 1378697
    And Files This Motion For Extension Of Time.


        Appellant is waiting on the Dalhart Unit to
    send his legal work with his property, because he was
    unable to bring all of his property he was only alloud to
    bring his one bag he had on him at the time. The response
    to your letter that was mail to him on June 25, 2015 is
    late due to he was in transient status at the Coffield
    Unit. He left the Dalhart Unit on 6-16-15 And Arrived At
    Coffield the same day. He received his legal mail on
    7-6-15 in Transiont OverFlow. Coffield mail records
    will show proof. Mr. Braulio Jose Adorno is asking
    the court to give him a extension of time for 30 to
    45 days to allow him time to receive his legel paper
    work to show the court he did file a Writ Of Habeas
    Corpus & Memorandum with Harris County District
    Clerk Office, 178th District Court. Therefore
        Appellant is requesting more time to receive his

illegal paper work so he can provide proof that he filed a Writ OF Habeas Corpus on Cause No. 1025788-A In The 178th District Court OF Harris County, The Harris County District Court has not yet responded back too my resent letter I wrote to them requesting them to forward the record to the Court OF Criminal Appeals. The 178th District Court OF Harris County, they had more than 35 days to review the Writ OF Habeas Corpus, there time has elapsed and that the application has not yet been forward. Mr. Braulio Jose Adorno has also filed a Application For A Writ OF Mandamus Cause No. 1025788-A In The 178th District Court From Harris County. Please grant him a extension of time to get his property from the other unit to provide you with proof of him filing A Writ OF Habeas Corpus.?

Please Contact me if there is any problem with me being able to request a extension of time.

Sincerly

Braulio Jose Adorno

Braulio Jose Adorno

#1378697